# FARNEY DANIELS PC

*Austin/Georgetown*

*Silicon Valley*

159 20th Street, #2B-41
Brooklyn, New York 11232
512-582-2828

www.farneydaniels.com

*Minneapolis*

*New York*

September 8, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re: *Wireless Media Innovations, LLC v. Red Hook Container Terminal*, *LLC*;
>      Civil Action No. 14-cv-4667-RRM-CLP

Dear Judge Mauskopf:

We represent Plaintiff Wireless Media Innovations, LLC, in the above-referenced action, and write with the consent of Defendant Red Hook Container Terminal, LLC ("Red Hook") to respectfully request a 30-day extension of Red Hook's time to answer or otherwise respond to the complaint. The current answer deadline is Monday, September 8, 2014. This is the first extension request in this action.

The extension is requested to give Red Hook additional time to obtain information necessary to answer or otherwise respond to Plaintiff's complaint.  The requested extension will not impact any other scheduled dates.

Accordingly, Plaintiff respectfully requests that the time for Red Hook to answer or otherwise respond to the complaint be extended up to and including October 8, 2014.  A proposed Order is enclosed.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Michael A. Siem*
Michael A. Siem (NY Bar No. 3910668)

Enc. (1)