KELLEY DRYE & WARREN LLP
Eugene T. D'Ablemont
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIRELESS MEDIA INNOVATIONS, LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>RED HOOK CONTAINER TERMINAL, LLC,<br><br>       Defendant. | Civil Action No.: 1:14-CV-4667 |

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, no publicly traded company owns more than 10% of Red Hook Container Terminal, LLC.

Dated:  New York, New York
        October 8, 2014

                                        KELLEY DRYE & WARREN LLP


                                        By:    /s/ *Eugene T. D'Ablemont*
                                            Eugene T. D'Ablemont
                                            101 Park Avenue
                                            New York, New York
                                            Telephone:  (212) 808-7800
                                            Facsimile:  (212) 808-7897

                                            *Attorneys for Defendant*
                                            *Red Hook Container Terminal, LLC*

NY01\DAblE\3384197.1