# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC

LOS ANGELES, CA

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE

MUMBAI, INDIA

FACSIMILE

(212) 808-7897

www.kelleydrye.com

BETH D. JACOB

DIRECT LINE: (212) 808-7624

EMAIL: BJacob@Kelleydrye.com

November 7, 2014

**VIA CM/ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Wireless Media Innovations, LLC v. Red Hook Container*
          *Terminal, LLC v. Tideworks Technology, Inc.*,
          Civil Action No. 14-cv-4667- RRM-CLP

Dear Judge Mauskopf:

We represent Defendant and Third-Party Plaintiff Red Hook Container Terminal, LLC in the above-referenced action.  At the request of Third-Party Defendant Tideworks Technology, Inc., we respectfully request a 30-day extension of Tideworks' time to answer or otherwise respond to the complaint.  The current answer deadline is Monday, November 10, 2014.  This is the first extension request in the impleader action.

The requested extension will not impact any other scheduled dates.  The only scheduled date is the initial conference which is set for January 6, 2015.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

Beth D. Jacob

BDJ:jm