**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

BETH D. JACOB
DIRECT LINE: (212) 808-7624
EMAIL: BJacob@Kelleydrye.com

December 8, 2014

**VIA CM/ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Wireless Media Innovations, LLC v. Red Hook Container Terminal*, *LLC v. Tideworks Technology, Inc.*,
> Civil Action No. 14-cv-4667- RRM-CLP

Dear Judge Mauskopf:

We represent Defendant and Third-Party Plaintiff Red Hook Container Terminal, LLC in the above-referenced action. At the request of both parties, we respectfully request a brief extension of Tideworks' time to answer or otherwise respond to the complaint to December 23, 2014 to permit the parties to continue ongoing discussions. The current answer deadline is December 10, 2014. This is the second extension request in the impleader action. The first extension of time to respond was from November 10 to December 10, 2014.

The requested extension will not impact any other scheduled dates. The only scheduled date is the initial conference which is set for January 6, 2015.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

Beth D. Jacob

BDJ:jm

NY01\JacoBe\3417672.2