

| | |
|---|---|
| **Texas** | David J. Ball |
| **New York** | Partner |
| **Washington, DC** | |
| **Connecticut** | 212.508.6133 Office |
| **Seattle** | 212.508.6101 Fax |
| **Dubai** | |
| **London** | David.Ball@bgllp.com |

Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, New York
10020-1100

December 23, 2014

<u>By ECF and Hand Delivery</u>

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:  <u>*Red Hook Container Terminal*, LLC v. Tideworks Technology, Inc.,
Civil Action No. 14-cv-4667 (RRM) (CLP)</u>

Dear Judge Mauskopf:

    We represent Third-Party Defendant Tideworks Technology, Inc. ("Tideworks") in the above-referenced third-party action.  We write pursuant to Sections II.E and III.A.3 of Your Honor's Individual Rules to respectfully request a further extension of Tideworks' time to respond to RHCT's third-party complaint following Tideworks' simultaneous filing of a request for a pre-motion conference.  Tideworks' pre-motion conference letter seeks permission to file a motion to transfer under 28 U.S.C. § 1404(a) or, in the alternative, to dismiss the third-party complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or stay the third-party complaint.

    The current answer deadline is today, Tuesday, December 23, 2014.  RHCT has not responded to Tideworks' Friday, December 19, 2014 request for consent to the extension request.  This is the third request for an extension; the earlier requests submitted by RHCT were granted.  The requested extension will not impact any other scheduled dates.

    Accordingly, Tideworks respectfully requests that its time to respond to the third-party complaint be extended until the later of a Court-ordered briefing schedule or fourteen (14) days following a decision on Tideworks' request for a pre-motion conference.

    We appreciate the Court's consideration of this matter.

Respectfully submitted,

Bracewell & Giuliani LLP

By: _/s/ David J. Ball_____

David J. Ball
1251 Avenue of the Americas
New York, New York 10020
(212) 508-6100 (t)
(212) 508-6101 (f)
david.ball@bgllp.com

OF COUNSEL:

Doug Stewart
Jared Schuettenhelm
701 5th Avenue, Ste. 6200
Seattle, Washington 98104
(206) 204-6200
(206) 204-6262
doug.stewart@bgllp.com
jared.schuettenhelm@bgllp.com

*Attorneys for Tideworks Technology, Inc.*

Cc:   All counsel of record (via email and ECF)