

| | |
|---|---|
| **Texas** | David J. Ball |
| **New York** | Partner |
| **Washington, DC** | |
| **Connecticut** | 1.212.508.6133 Office |
| **Seattle** | 1.800.404.3970 Fax |
| **Dubai** | |
| **London** | david.ball@bgllp.com |

Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020

March 6, 2015

<u>By ECF</u>

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Wireless Media Innovations, LLC v. Red Hook Container Terminal, LLC*
    *Red Hook Container Terminal, LLC v. Tideworks Technology, Inc.*,
    <u>Case No. 14 CV 4667 (RRM) (CLP)</u>

Dear Judge Mauskopf:

  We represent Third-Party Defendant Tideworks Technology, Inc. ("Tideworks") in the above-referenced actions. In accordance with the Court's February 18 Order, Tideworks writes, with the consent of all parties, to update the Court on the parties' pending settlement.

  The parties will be filing a voluntary stipulation of dismissal, with prejudice, in the main action as early as today. The third-party action is expected to be voluntarily dismissed, with prejudice, shortly thereafter. Accordingly, Tideworks does not anticipate, at this time, a need to proceed with the pre-motion conference.

  We appreciate the Court's patience as these matters are amicably resolved.

          Respectfully submitted,

          Bracewell & Giuliani LLP

          By:  */s/ David J. Ball*

          David J. Ball
          1251 Avenue of the Americas
          New York, New York 10020
          (212) 508-6100 (t)
          (212) 508-6101 (f)
          david.ball@bgllp.com

The Honorable Roslynn R. Mauskopf
March 6, 2015
Page 2

*Of Counsel*:

Doug Stewart
Jared Schuettenhelm
701 5th Avenue, Ste. 6200
Seattle, Washington 98104
(206) 204-6200
(206) 204-6262
doug.stewart@bgllp.com
jared.schuettenhelm@bgllp.com

*Attorneys for Tideworks Technology, Inc.*

Cc:   All counsel of record (via email and ECF)