IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WIRELESS MEDIA INNOVATIONS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:14-cv-4667 |
| v. | § § | |
| RED HOOK CONTAINER TERMINAL LLC, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Wireless Media Innovations, LLC against Defendant Red Hook Container Terminal, LLC are dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  March 6, 2015

/s/ Beth D. Jacob
Eugene T. D'Ablemont
Beth D. Jacob
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800

Attorneys for Defendant and
Third-Party Plaintiff

/s/ David J. Ball
David J. Ball
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 508-6100

Attorneys for Third-Party Defendant

/s/ Michael A. Siem
Michael A. Siem (NY Bar No. 3910668)
FARNEY DANIELS PC
159 20th Street, Suite 2B-41
Brooklyn, New York 11232
Telephone: (512) 582-2828
Email: msiem@farneydaniels.com

Steven R. Daniels
FARNEY DANIELS PC
800 S. Austin Avenue, Ste. 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Email: sdaniels@farneydaniels.com

Attorneys for Plaintiff

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:_____            _____
                                 Honorable Roslynn R. Mauskopf